**ORIGINAL**

Priority ____
Send _X_
Enter ____
Closed _X_
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES - APPEALS

Case No. CR01-638-LGB

U.S.C.C.A. Case No. 03-50135                    Date: July 12, 2004

PRESENT: THE HONORABLE LOURDES G. BAIRD, U.S. DISTRICT JUDGE

| Catherine M. Jeang | Not Present | Ronald Cheng, Not Present |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

INTERPRETER: N/A

| U.S.A. v. | ATTORNEYS FOR DEFENDANTS: |
|---|---|
| BRET MCKANEL | RANDY MCMURRAY |
| X Not Present   Custody   O/R | X Not Present   X Retained |

PROCEEDINGS:        FILING AND SPREADING MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS

____ IN COURT   _X_ IN CHAMBERS   _X_ COUNSEL NOTIFIED _X_ PROBATION NOTIFIED

THE COURT ORDERS that the mandate (judgment or order) of the Ninth Circuit Court of Appeals:

_____ Affirming   _____ Dismissing Appeal   ____ Affirming in part, reversing in part

_____ Remanding   _XX_ Reversing and Remanding

_____ Other: Vacating and Remanding

is hereby filed and spread upon the minutes of this District Court.
  (ENT _____)

_____ The Case is set for further proceedings as to Resentencing:
      on_____ at _____am/pm.

_____ The defendant is remanded into custody forthwith.

_____ The defendant is granted a stay of execution as to imprisonment.

_____ Court orders defendant to self surrender on _____ at _____
      to the institution designated by the Bureau of Prisons or the U.S.
      Marshal, 312 N. Spring Street, Los Angeles, if no institution has been
      designated.

_____ Court orders defendant be released from custody. Issued Release No. _____
      to US Marshal

_XX_ OTHER:        The Court GRANTS the parties' Stipulation and Order to
                   Vacate Hearing on Filing and Spreading of Mandate of Court
                   of Appeals and to Dismiss Case filed on July 12, 2004.

_____ Court orders appeal bond exonerated.

_____ Court orders appeal bond exonerated upon defendant's self-surrender.

cc:   U.S. Probation Office

ENTER ON ICMS          Initials of Deputy Clerk _____

JUL 26 2004

CR-47 (02/98)                    CRIMINAL MINUTES - APPEALS

174